# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PAMELA R. MILLER, Individually, and as Parent and Next Friend of BLAKE M. ALMANDINGER, a Minor,  Plaintiffs, v.  KENNETH W. CROSSMAN, NEW BERN TRANSPORT CORPORATION, PEPSICO, INC., and PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC.  Defendants. | CASE NO:  18-CV-1411-WYD - SKC |

_____

**STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANTS PEPSICO, INC. AND PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC.**
_____

The Parties, by and through their undersigned counsel of record and pursuant to Federal Rule of Civil Procedure 41, hereby state as follows:

1. Upon the commencement of this lawsuit, counsel for Plaintiffs and counsel for Defendants conferred regarding the issue of which corporate defendant was the employer of Defendant Crossman, the driver of the tractor-trailer in this case, at the time of the subject crash.

1

2. Defendant New Bern has admitted and does hereby admit that 1) Defendant New Bern was/is the owner of the tractor-trailer at issue, 2) Defendant Crossman was an employee of Defendant New Bern at the time of the subject crash, and 3) Defendant Crossman was acting within the course and scope of his employment with Defendant New Bern at the time of the subject crash.  Counsel for Defendants has represented that Defendant Crossman was not an employee of either Defendant Pepsico Inc. or Defendant Pepsi-Cola Metropolitan Bottling Company, Inc. at the time of the subject crash, and that the tractor-trailer at issue was not owned by either Pepsi defendant.

3. Relying on representations made by counsel for all Defendants as to identification of proper parties, the Plaintiffs hereby stipulate to the dismissal of all claims against Defendants Pepsico, Inc. and Pepsi-Cola Metropolitan Bottling Company, Inc., with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

4. In an effort to narrow and simplify the issues that must be resolved in this case, Plaintiff's further hereby withdraw their Third and Fifth Claims for Relief (vicarious liability and agency) against Defendant New Bern.

5. Further, because Defendant New Bern has admitted that Defendant Crossman was employed by and was acting within the course and scope of his employment with Defendant New Bern at the time of the subject crash, and pursuant only to the holding in *Ferrer v. Okbamicael*, 390 P.3d 836 (Colo. 2017)[1], Plaintiffs must also and hereby

---

[1] Though they will abide by it, Plaintiffs respectfully disagree with the holding in *Ferrer*.

do withdraw their Sixth Claim for Relief (negligent hiring, training, supervision, and retention) as to Defendant New Bern.

6. This lawsuit shall continue as to Defendants Crossman and New Bern pursuant to the First, Second, and Fourth Claims for Relief (negligence, negligence *per se*, and *respondeat superior*, respectively) as contained in Plaintiffs' June 7, 2018 Complaint and Jury Demand.

DATED this 6th day of September, 2018.

Respectfully submitted,

| | |
|---|---|
| _/s/ Michael Chaloupka_ | _/s/ Bryan Cross_ |
| Michael W. Chaloupka, Esq. #39842 | Bryan D. Cross, Esq. #28325 |
| **METIER LAW FIRM, LLC** | **WHEELER TRIGG O'DONNELL, LLP** |
| 4828 S. College Avenue | 370 17th Street, Suite 4500 |
| Fort Collins, CO 80525 | Denver, CO 80202 |
| (970) 377-3800 | Phone: 303.244.1800 |
| (970) 225-1476 (fax) | Fax: 303.244.1879 |
| mike@metierlaw.com | cross@wtotrial.com |
| and | *Attorney for Defendants* |
| Tim Semelroth, Esq. | |
| **RICCOLO, SEMELROTH & HENNINGSEN, P.C.** | |
| 425 Second Street SE, Suite 1140 | |
| Cedar Rapids, IA 52401 | |
| Phone: (319) 365-9200 | |
| Fax: (319) 365-1114 | |
| stemelroth@fightingforfairness.com | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

  I hereby certify that on September 6, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, providing notice to the following:

Bryan D. Cross, Esq. #28325
**WHEELER TRIGG O'DONNELL, LLP**
370 17th Street, Suite 4500
Denver, CO 80202
*Attorney for Defendants*

Tim Semelroth, Esq.
**RICCOLO, SEMELROTH & HENNINGSEN, P.C.**
425 Second Street SE, Suite 1140
Cedar Rapids, IA 52401
*Attorney for Plaintiffs*

              */s/ Julie Melcher*
              Julie Melcher